IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-318-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIOS DONELL MCNEILL, | ) | |
| | ) | |
| Defendant. | ) | |

As explained in open court and incorporated herein by reference, Demetrios Donell McNeill's motion to suppress [D.E. 25] is DENIED.

SO ORDERED. This **4** day of March 2016.

JAMES C. DEVER III
Chief United States District Judge