THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-00318D-001

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO SEAL MEDICAL |
| VS. | ) | RECORDS (UNDER SEAL) |
| | ) | |
| | ) | |
| DEMETRIOS DONELL MCNEILL, | ) | |
| | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Medical Records* is allowed and the Clerk is directed to seal this *order,* and *Motion to Seal Medical Records,* except that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel for the Defendant and the Government.

SO ORDERED, this the __8__ day of __March__ 2021.

James C. Dever III
United States District Court Judge