IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-318-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIOS DONELL MCNEILL, | ) | |
| | ) | |
| Defendant. | ) | |

On October 7, 2021, Demetrios Donell McNeill ("McNeill" or "defendant") moved for compassionate release [D.E. 102]. On March 30, 2021, the court denied McNeill's motion for compassionate release. See [D.E. 98]; see also [D.E. 68, 89]. Nothing material has changed since this court's order of March 30, 2021. The court DENIES as meritless McNeill's latest motion. See [D.E. 102].

SO ORDERED. This 12 day of November, 2021.

JAMES C. DEVER III
United States District Judge