IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-318-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIOS DONELL MCNEILL, | ) | |
| Defendant. | ) | |

On January 18, 2022, Demetrios Donell McNeill ("McNeill" or "defendant") moved for emergency reconsideration of this court's denial of his motion for compassionate release. See [D.E. 112]. On February 7, 2022, McNeill filed documents in support of his motion [D.E. 113].

On March 30, 2021, the court denied McNeill's second motion for compassionate release. See [D.E. 98]; see also [D.E. 68, 89]. On November 12, 2021, the court denied McNeill's third motion for compassionate release. See [D.E. 104]. On November 22, 2021, the United States Court of Appeals for the Fourth Circuit affirmed this court's order of March 30, 2021. See [D.E. 105]. Nothing material has changed since this court's order of November 12, 2021. The court DENIES as meritless McNeill's latest motion [D.E. 112].

SO ORDERED. This _2_ day of March, 2022.

JAMES C. DEVER III
United States District Judge