IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-318-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIOS DONELL MCNEILL, | ) | |
| Defendant. | ) | |

On August 10, 2022, Demetrios Donell McNeill ("McNeill" or "defendant") moved for compassionate release. See [D.E. 122]. On August 18, 2022, McNeill filed documents in support of his motion [D.E. 123]. On October 3, 2022, McNeill moved for appointment of counsel [D.E. 124].

On April 23, 2020, the court denied McNeill's first motion for compassionate release. See [D.E. 68]. On March 30, 2021, the court denied McNeill's second motion for compassionate release. See [D.E. 98]. On November 12, 2021, the court denied McNeill's third motion for compassionate release. See [D.E. 104]. On November 22, 2021, the United States Court of Appeals for the Fourth Circuit affirmed this court's order of March 30, 2021. See [D.E. 105]. On March 2, 2022, the court denied McNeill's fourth motion for compassionate release. See [D.E. 114]. On May 23, 2021, the United States Court of Appeals for the Fourth Circuit affirmed this court's order of March 2, 2022. See [D.E. 119]. Nothing material has changed since this court's order of March 2, 2022. Cf. Concepcion v. United States, 142 S. Ct. 2389, 2401–05 (2022) (noting district court's broad discretion in deciding whether to reduce a sentence). The court DENIES as meritless McNeill's latest motions [D.E. 122, 124].

SO ORDERED. This 10 day of October, 2022.

                                                                   JAMES C. DEVER III
                                                                   United States District Judge