IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-318-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIOS DONELL MCNEILL, | ) | |
| | ) | |
| Defendant. | ) | |

On May 3, 2024, defendant moved for transfer to home confinement [D.E. 166]. On May 13, 2024, this court denied defendant's motion for compassionate release [D.E. 167]. On May 30, 2024, defendant filed a notice of appeal [D.E. 168].

Defendant's appeal is pending. The United States Court of Appeals for the Fourth Circuit has jurisdiction. Defendant's motion [D.E. 166] is DISMISSED.

SO ORDERED. This _15_ day of July, 2024.

JAMES C. DEVER III
United States District Jud