UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Demetrios Donell McNeill**  Docket No. 5:15-CR-318-1D

### Petition for Action on Supervised Release

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demetrios Donell McNeill, who, upon an earlier plea of guilty to Count 1 - Possession with Intent to Distribute 500 Grams or More of Cocaine, a Quantity of Cocaine Base (Crack), and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and Count 3 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 14, 2016, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On January 17, 2025, pursuant to Presidential Clemency the defendant's sentenced was commuted and ordered released from custody on March 18, 2025. Demetrios Donell McNeill was released from custody on March 18, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Hector Gutierrez
Hector Gutierrez
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: January 21, 2026

### ORDER OF THE COURT

Considered and ordered this __22__ day of __January__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge